# United States District Court

__MIDDLE__ DISTRICT OF __FLORIDA__

McMahan, et al.

v.

Barker, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 606-CV-248

TO: (Name and address of defendant)

Allen E. Barker
2330 Dixon Lane
Bishop, California 93514

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

W. Vincent Rakestraw
4930 Reed Road
Suite 200
Columbus, Ohio 43220

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH                                3/13/06
CLERK                                           DATE

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE 4/1/06 |
|---|---|
| NAME OF SERVER (PRINT) ALAN CRAFT | TITLE PRIVATE INVESTIGATOR |

Check one box below to indicate appropriate method of service

[xx] Served personally upon the defendant. Place where served: 2230 Dixon Lane Bishop, ca. 93514

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES Process Service | TOTAL $75 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/1/06
Date

Signature of Server: *Alan Craft*
2070 n. tustin ave.
Santa Ana, Ca. 92705   (877)507-7623
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.