**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RICHARD A. McMAHAN, et al.,**

        **Plaintiffs,**

-vs-                                                  **Case No. 6:06-cv-248-Orl-28KRS**

**ALLEN E. BARKER, et al.,**

        **Defendants.**
_____/

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR CLERK'S ENTRY OF DEFAULT (Doc. No. 26)**
>
> **FILED:** May 25, 2006
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

Plaintiffs Richard A. McMahan, RAM Group, Inc., Georgia Real Enterprises, Inc., and Omega Paving and Environmental Management Group, Inc. seek entry of a default against Defendant Merchants International Holding Company (Merchants Company). Merchants Company is not named as a defendant in the complaint. Rather, the complaint names Merchants International Holding *Limited*. Accordingly, entry of a default against Merchants Company is inappropriate.

Additionally, the plaintiffs seek entry of a default judgment apparently on the theory that there is a sum certain at issue in this case. *See* Fed. R. Civ. P. 55(b)(1). The facts set forth in the Affidavit

of W. Vincent Rakestraw do not establish that this case involves a sum certain for purposes of Rule 55. Any future motion seeking entry of a default judgment must be supported by evidence of the damages sought, not a conclusory affidavit asserting an amount of loss.

**DONE** and **ORDERED** in Orlando, Florida on June 26, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties