**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RICHARD A. McMAHAN, RAM GROUP, INC., GEORGIA REAL ENTERPRISES, INC., and OMEGA PAVING AND ENVIRONMENTAL MANAGEMENT GROUP, LLC,**

       **Plaintiffs,**

**-vs-**               Case No. 6:06-cv-248-Orl-28KRS

**ALLEN E. BARKER, MERCHANTS INTERNATIONAL HOLDINGS LIMITED, TRI-STAR OIL CORPORATION (UK) LTD., PACIFIC RIM DEVELOPMENT GROUP, LLC, J.J. JONES, MEGA CHURCH INCORPORATED, and LUTHER JAMES BLACKWELL, JR.,**

       **Defendants.**
_____/

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

   This cause came on for consideration pursuant to an Order to Show Cause issued on August 9, 2006. The order arose from the failure of Defendant Pacific Rim Development Group, LLC (Pacific Rim) to respond to the complaint filed in this case and the failure of counsel of record for Pacific Rim to comply with the orders of the Court.

   The record reflects that Pacific Rim received a copy of the complaint in this case by certified mail on March 28, 2006. Doc. No. 11. Thereafter, Ivan D. Johnson, Esq., entered an appearance on behalf of Pacific Rim. Doc. No. 18. Attorney Johnson is not a member of the bar of this Court. He submitted a special admission attorney certification form, but he did not pay the required fee and there is no indication in the record that he retained local counsel as required by the rules of this Court. After Attorney Johnson's appearance, Pacific Rim has not taken other actions to defend itself in this case.

I entered an Order and Notice of Hearing on July 31, 2006, which required that Attorney Johnson either become a member of the bar of this Court or seek special admission in the manner required by the rules of this Court on or before August 8, 2006. I further required Attorney Johnson to appear personally at the preliminary pretrial conference held on August 9, 2006. Doc. No. 43.

Johnson failed to appear at the preliminary pretrial conference. Counsel for two other defendants, who did appear at the conference, advised the Court that Johnson indicated that he did not intend to represent Pacific Rim in this case and that he would not appear at the hearing as ordered.

Accordingly, I issued the Order to Show Cause that is the subject of this report. Doc. No. 50. In this order, I required Attorney Johnson or another attorney acting on behalf of Pacific Rim to show cause in writing filed on or before August 25, 2006, why a default should not be entered against Pacific Rim for failure to defend itself in this case and for failure to retain counsel who was entitled to practice in this Court to appear on its behalf. I cautioned Pacific Rim that failure to respond to the Order to Show Cause would result in a recommendation that a default be entered against it without further notice. Pacific Rim has not responded to the order.

Federal Rule of Civil Procedure 16(f) provides, in pertinent part, as follows: "[i]f a party . . . fails to obey a scheduling or pretrial order, or if no appearance is made on behalf of a party at a scheduling or pretrial conference . . . the judge, upon motion or the judge's own initiative, may make such orders with regard thereto as are just, and among others any of the orders provided in Rule 37(b)(2)(B), (C), (D)." Federal Rule of Civil Procedure 37(b)(2)(C) permits the Court to strike a defendant's pleadings and enter a default against it.

Pacific Rim, through its counsel of record, has failed to defend itself in this case. Even though it has appeared through counsel, it has not challenged the sufficiency of service of process in this case

or otherwise responded to the complaint. Its attorney similarly has ignored the rules of this Court and the Court's orders regarding the steps necessary for him to appear in this case. Pacific Rim has had ample notice that failure to respond to the Court's orders could result in entry of a default against it, and ample opportunity to respond. Under these circumstances, I respectfully recommend that the Court strike the Notice of Appearance filed by Attorney Johnson, doc. no. 18, and direct the Clerk of Court to enter a default against Pacific Rim.

The Clerk of Court is directed to mail a copy of this Order to Ivan Johnson, Esq, at his address of record and to Pacific Rim Development Group, LLP, c/o Charles A. Horne, President, at 1713 E. 61st Street, Tacoma, Washington, 98404, and to Charles A. Horne, registered agent for Pacific Rim, at 4301 S. Pine Street, Suite 401, Tacoma, Washington 98409.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on September 8, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy