UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICHARD A. McMAHAN, RAM GROUP,
INC., GEORGIA REAL ENTERPRISES,
INC., and OMEGA PAVING AND
ENVIRONMENTAL MANAGEMENT
GROUP, LLC,

               Plaintiffs,

-vs-                                       Case No. 6:06-cv-248-Orl-28KRS

ALLEN E. BARKER, MERCHANTS
INTERNATIONAL HOLDINGS LIMITED,
TRI-STAR OIL CORPORATION (UK)
LTD., PACIFIC RIM DEVELOPMENT
GROUP, LLC, J.J. JONES, MEGA
CHURCH INCORPORATED, and
LUTHER JAMES BLACKWELL, JR.,

               Defendants.
_____/

## ORDER

This case is before the Court on the Order to Show Cause (Doc. No. 50) filed August 9, 2006. The United States Magistrate Judge has submitted a report recommending that the Notice of Appearance filed on behalf of defendant Pacific Rim Development Group, LLP ("Pacific Rim") be stricken and a default entered against Pacific Rim.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed September 8, 2006 (Doc. No. 62) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Notice of Appearance filed by Attorney Ivan Johnson on behalf of Pacific Rim (Doc. 18) is **STRICKEN**.

3. The Clerk is directed to enter a default against Pacific Rim.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __27__ day of September, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party