**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

RICHARD A. McMAHAN, RAM GROUP,
INC., GEORGIA REAL ENTERPRISES,
INC., and OMEGA PAVING AND
ENVIRONMENTAL MANAGEMENT
GROUP, LLC,

                **Plaintiffs,**

-vs-                                            Case No.  6:06-cv-248-Orl-28KRS

**ALLEN E. BARKER, MERCHANTS
INTERNATIONAL HOLDINGS LIMITED,
TRI-STAR OIL CORPORATION (UK)
LTD., PACIFIC RIM DEVELOPMENT
GROUP, LLC, J.J. JONES, MEGA
CHURCH INCORPORATED, and
LUTHER JAMES BLACKWELL, JR.,**

                **Defendants.**
_____/

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **MOTION TO DISMISS (Doc. No. 59)**
>
> **FILED:**       **August 31, 2006**

      Plaintiffs move voluntarily to dismiss counts II, IV and VI of the Plaintiff's Amended Complaint in which they allege causes of action against Defendant Mega Church Incorporated

(Mega Church) and Luther Blackwell. Mega Church and Blackwell have not objected to the motion.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), "an action shall not be dismissed at the plaintiff's instance save upon order of the court and upon such terms and conditions as the court deems proper." In consideration of the fact that Mega Church and Blackwell have raised no objections to the dismissal of counts II, IV, and VI of the amended compliant, I find that dismissal proper.

Based on the forgoing, I respectfully recommend that the plaintiffs' Motion to Dismiss, doc. no. 59, be granted and that counts II, IV, and VI of the amended compliant be dismissed.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on November 14, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy