UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA (ORLANDO)

| | | |
|---|---|---|
| RICHARD A. MCMAHAN, et al., | ) | CASE NO. 6:06-cv-00248-Orl-28KRS |
| | ) | |
| Plaintiffs | ) | JUDGE JOHN ANTOON II |
| | ) | MAGISTRATE JUDGE KARLA R. |
| v. | ) | SPAULDING |
| | ) | |
| ALLEN E. BARKER, et al., | ) | **EXHIBIT LIST FOR DEFENDANTS** |
| | ) | **MEGA CHURCH, INC. AND BISHOP** |
| Defendant | ) | **LUTHER J. BLACKWELL, JR.'S** |
| | ) | **MOTION FOR SUMMARY** |
| | | **JUDGMENT** |

| Exhibit | Description |
|---|---|
| A | Condensed transcript of Luther James Blackwell, Jr.'s Deposition |
| B | Security Agreement, dated July 19, 2003 |
| C | Correspondence from Bishop Blackwell, dated October 22, 2003 |
| D | Condensed transcript of Richard A. McMahan's Deposition |
| E-1 | Condensed transcript of Thomas C. Settles' Deposition (Part 1, pages 1-88) |
| E-2 | Condensed transcript of Thomas C. Settles' Deposition (Part 2, pages 89-187) |
| F | Correspondence from Bishop Blackwell, dated July 25, 2003 |
| G | Condensed transcript of Paul DeLargy's Deposition |
| H | Assignment of Security, dated July 18, 2003 |
| I | Assignment of Security Agreement, dated August 14, 2003 |
| J | Note, dated July 25, 2003 |

| | |
|---|---|
| K | Complaint, Circuit Court of the Seventh Judicial Circuit in and for Volusia County, Florida |
| L | Partial Final Default Judgment, Circuit Court of the Seventh Judicial Circuit in and for Volusia County, Florida |
| M | *Montmanco, Inc. v. Fryguys, LLC*, 2005 U.S. Dist. LEXIS 33965 (M.D. Fla. March 28, 2005) |
| N | Affidavit of Stephen R. Wilson |
| O | Condensed transcript of Stephen R. Wilson's Deposition |
| P | Affidavit of Kirk T. Bauer |
| Q | *Oliver Design Group, Inc. v. Allen-Bradley Co.*, 2000 Ohio App. LEXIS 753 (March 2, 2000) |
| R | Mortgage Deed |
| S | *Casillas v. Stinchcomb*, 2005 Ohio App. LEXIS 3669 (July 8, 2005) |