UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICHARD A. McMAHAN, RAM GROUP,
INC., GEORGIA REAL ENTERPRISES,
INC., and OMEGA PAVING AND
ENVIRONMENTAL MANAGEMENT
GROUP, LLC,

                Plaintiffs,

-vs-                                    Case No. 6:06-cv-248-Orl-28KRS

ALLEN E. BARKER, MERCHANTS
INTERNATIONAL HOLDINGS LIMITED,
TRI-STAR OIL CORPORATION (UK)
LTD., PACIFIC RIM DEVELOPMENT
GROUP, LLC, J.J. JONES, MEGA
CHURCH INCORPORATED, and
LUTHER JAMES BLACKWELL, JR.,

                Defendants.
_____/

## ORDER

This case is before the Court on the Motion to Dismiss (Doc. No. 59) filed August 31, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

      1.     That the Report and Recommendation filed November 14, 2006 (Doc. No. 81) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Dismiss (Doc. No. 59) is **GRANTED**. Counts II, IV and VI of Plaintiff's Amended Complaint are dismissed.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___6___ day of December, 2006.

                                                              _____
                                                              JOHN ANTOON II
                                                              United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party