# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

RICHARD A. McMAHAN, RAM GROUP, INC., GEORGIA REAL ENTERPRISES, INC., and OMEGA PAVING AND ENVIRONMENTAL MANAGEMENT GROUP, LLC,

            Plaintiffs,

-vs-                                      Case No. 6:06-cv-248-Orl-28KRS

ALLEN E. BARKER, MERCHANTS INTERNATIONAL HOLDINGS LIMITED, TRI-STAR OIL CORPORATION (UK) LTD., PACIFIC RIM DEVELOPMENT GROUP, LLC, J.J. JONES, MEGA CHURCH INCORPORATED, and LUTHER JAMES BLACKWELL, JR.,

            Defendants.
_____/

## ORDER

This case is before the Court on Motion for Default Judgment on Plaintiffs' Claims (Doc. No. 115) against Defendants Allen E. Barker and Pacific Rim Development Group, LLC ("Pacific Rim") filed May 31, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 12, 2007 (Doc. No. 121) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Default Judgment on Plaintiffs' Claims against Defendants Barker and Pacific Rim is **GRANTED in part** and **DENIED in part.**

3. Liability is found against Defendant Barker on Counts I and X, fraud in the inducement; Count VII, civil theft; Count VIII, unjust enrichment; and Count IX, conversion.

4. Liability is found against Defendant Pacific Rim on Counts I and X, fraud in the inducement.

5. Judgment shall be entered in favor of RAM Group, Inc., OMEGA Paving & Environmental Management Group, LLC, and Georgia REAL Enterprises, Inc. against Defendants Pacific Rim Development Group, LLC and Allen E. Barker, jointly and severally, in the amount of $480,000.00.

6. Judgment shall be entered in favor of RAM Group, Inc., OMEGA Paving & Environmental Management Group, LLC, and Georgia REAL Enterprises, Inc. against Defendant Allen E. Barker in the additional amount of $960,000.00.

7. Plaintiffs RAM Group, Inc., OMEGA Paving & Environmental Management Group LLC, and Georgia REAL Enterprises, Inc. shall file a motion for assessment of attorney's fees and costs against Defendant Allen E. Barker with supporting evidence within fourteen (14) days of the date of this Order.

8. The Motion for Default Judgment on Plaintiffs' Claims is **DENIED** in all other respects.

9. Those causes of action set forth in the Complaint against Defendants Barker and Pacific Rim for which no liability is found and default judgment is not entered, are **DISMISSED**.

10. The Clerk shall enter judgment as set forth above and thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 3rd day of January, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party